**THE BUCKLIN LAW FIRM**
Stephen Loomis Bucklin [State Bar No. 119583]
967 1/2 W. 8th Street
San Pedro, California 90731
Phone: 818-337-8180
E-mail: stephenbucklin@gmail.com

Attorney for Plaintiff Mary Olsen Kelly

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Olsen Kelly, | Case No.: 5:20-cv-01567-JGB (SHKx) |
|      Plaintiff, | NOTICE OF SETTLEMENT |
|      vs. | |
| Federal Insurance Company, | |
|      Defendant. | |

TO THE HONORABLE COURT:

     PLEASE BE ADVISED that this case has been settled in its entirety. The parties anticipate filing a joint stipulation of dismissal under FRCP 41(a)(1)(A)(ii) with prejudice within thirty (30) days.

Dated: September 27, 2021     THE BUCKLIN LAW FIRM

*/s/Stephen Loomis Bucklin*
By: Stephen Loomis Bucklin
Attorney for Plaintiff Mary Olsen Kelly