UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Olsen Kelly,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>Federal Insurance Company,<br><br>　　Defendant. | Case No.: 5:20-cv-01567-JGB (SHKx)<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

　　Pursuant to the stipulation of the parties, this case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). All parties are to bear their own attorney's fees and costs.

Dated: October 6, 2021

_____
Jesus G. Bernal
United States District Court Judge